1

THE HONORABLE RONALD B. LEIGHTON

2

3



4

09-CV-05724-ORD

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON

10                            AT TACOMA

11

12   JERRY RICHARD, Individually and on Behalf )     No. 3:09-cv-05724-RBL
     of All Others Similarly Situated,         )
13                                             )     CLASS ACTION
                                               )
                      Plaintiff,               )
14                                             )     [~~PROPOSED~~] ORDER GRANTING
           vs.                                 )     PLUMBERS AND PIPEFITTERS LOCAL
15                                             )     UNION NO. 630 PENSION-ANNUITY
     NORTHWEST PIPE, et al.,                   )     TRUST FUND'S MOTION FOR
16                                             )     CONSOLIDATION, APPOINTMENT AS
                      Defendants.              )     LEAD PLAINTIFF, AND APPROVAL OF
17                                             )     SELECTION OF COUNSEL

18   [Caption continued on following page.]

19

20

21

22

23

24

25

26

478961_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) |

No. 3:09-cv-05791-RBL

CLASS ACTION

Plaintiff,

vs.

NORTHWEST PIPE, et al.,

Defendants.

478961_1

[PROPOSED] ORD GRANTING PLUMBERS AND
PIPEFITTERS ' MOTION FOR CONSOL., APPT.
AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL (3:09-cv-05724-RBL)

LOVELL MITCHELL & BARTH LLP
911 Western Avenue, Suite 308
Seattle, Washington  98104
Telephone: 206/432-8330 • Fax: 206/432-8331

1    Having considered Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust

2  Fund's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of

3  Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

4    1.    The Motion is GRANTED;

5    2.    The Related Actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

6    3.    The Court, having considered the provisions of §21D(a)(3)(B) of the Securities

7  Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation

8  Reform Act of 1995, hereby determines that Plumbers and Pipefitters Local Union No. 630 Pension-

9  Annuity Trust Fund is appointed as Lead Plaintiff; and

10

11    4.    Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), the

12  law firm of Coughlin Stoia Geller Rudman & Robbins LLP is appointed as Lead Counsel and

13  Lovell, Mitchell & Barth LLP is appointed as Liaison Counsel for the class.

14    IT IS SO ORDERED.

15  DATED: **2-25-10**

16                                THE HONORABLE RONALD B. LEIGHTON
                                 UNITED STATES DISTRICT JUDGE
17

18  Submitted by:

19  LOVELL MITCHELL & BARTH LLP
20  KARL P. BARTH, WSBA No. 22780

21    S/ KARL P. BARTH
22      KARL P. BARTH

23  911 Western Avenue, Suite 308
    Seattle, WA  98104
24  Telephone: 206/432-8330
    206/432-8331 (fax)
25

26

478961_1
[PROPOSED] ORD GRANTING PLUMBERS AND
PIPEFITTERS ' MOTION FOR CONSOL., APPT.
AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL (3:09-cv-05724-RBL)    - 1 -

LOVELL MITCHELL & BARTH LLP
911 Western Avenue, Suite 308
Seattle, Washington  98104
Telephone: 206/432-8330 • Fax: 206/432-8331

1

COUGHLIN STOIA GELLER
2        RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
3  BRIAN O. O'MARA
655 West Broadway, Suite 1900
4  San Diego, CA 92101-3301
Telephone: 619/231-1058
5  619/231-7423 (fax)

6  [Proposed] Co-Lead Counsel for Plaintiffs

7  SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
8  100 Miracle Mile, Suite 300
Coral Gables, FL 33134
9  Telephone: 305/529-2801
305/447-8115 (fax)

10
Additional Counsel for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

478961_1        [PROPOSED] ORD GRANTING PLUMBERS AND
PIPEFITTERS ' MOTION FOR CONSOL., APPT.
AS LEAD PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL (3:09-cv-05724-RBL)     - 2 -