THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JERRY RICHARD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWEST PIPE COMPANY, et al.,<br><br>　　　　　　　Defendants. | No. 3:09-cv-05724-RBL<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER REGARDING SCHEDULING OF FILING OF CONSOLIDATED COMPLAINT AND CORRESPONDING MOTIONS TO DISMISS |

507878_1

STIP & [PROP] ORDER RE SCHEDULING OF FILING OF CONSOL CPLT & CORRESPONDING MTNS TO DISMISS (3:09-cv-05724-RBL)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600, San Francisco, California 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

1    WHEREAS, the above-entitled action has been consolidated and is currently pending before this Court;

2    WHEREAS, on January 26, 2010, the Court entered a Stipulation and Order Regarding Scheduling which provided, *inter alia*, that following the appointment of lead plaintiff and lead plaintiff's counsel, the parties would meet and confer and submit a mutually agreeable schedule for the filing of plaintiff's consolidated complaint and any corresponding briefing related to defendants' motion to dismiss;

3    WHEREAS, on February 25, 2010, the Court entered an Order appointing Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund as lead plaintiff and approving lead plaintiff's selection of counsel;

4    WHEREAS, the parties met and conferred and agree on a proposed schedule;

5    WHEREAS, on November 11, 2009, defendant Northwest Pipe Company ("Northwest") announced that it was delaying the filing of its Quarterly Report on Form 10-Q ("10-Q") for the quarter ended September 30, 2009 ("3Q09") with the United States Securities and Exchange Commission ("SEC") "pending the conclusion of an ongoing internal investigation by Northwest's Audit Committee of certain accounting matters, including certain revenue recognition practices, being conducted by the Audit Committee of the Board of Directors with the assistance of independent professionals" (November 11, 2009 Press Release);

6    WHEREAS, Northwest has yet to file its 3Q09 Form 10-Q or its final financial results with the SEC and has not announced the completion of the internal investigation;

7    WHEREAS, Northwest's Annual Report on Form 10-K for the fiscal year ended December 31, 2009 ("Form 10-K") is due to be filed with the SEC on March 16, 2010, and there is considerable doubt whether Northwest will be able to timely file its Form 10-K due to the ongoing internal investigation;

507878_1

STIP & [PROP] ORDER RE SCHEDULING OF FILING OF CONSOL CPLT & CORRESPONDING MTNS TO DISMISS (3:09-cv-05724-RBL) - 1 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600, San Francisco, California 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

1   WHEREAS, plaintiffs' claims in this case expressly cite the Company's internal
2   investigation and include allegations of accounting violations related to the issues currently being
3   investigated by Northwest;

4   WHEREAS, filing the consolidated complaint and corresponding motion to dismiss briefing
5   before the completion of the internal investigation would result in significant redundancies and
6   inefficient use of resources of the parties and the Court; and

7   WHEREAS, the parties agree that the interests of judicial economy and the efficient
8   management of this litigation are best served by awaiting the completion of Northwest's internal
9   investigation and the issuance of its final financial results for 3Q09 and FY09 before filing a
10  consolidated complaint and corresponding briefing;

11  NOW, THEREFORE, the parties hereby stipulate to a scheduling order as follows:

12  1. The consolidated complaint in this action shall be filed within 45 days of Northwest's
13  having completed the filing of both its 3Q09 10-Q and FY09 10-K with the SEC.

14  2. Until such time as a consolidated complaint is filed in this action, defendants are not
15  required to answer or otherwise respond to the complaint in this action.

16  3. Upon the filing of a consolidated complaint, defendants shall have 45 days to answer
17  or otherwise respond to the consolidated complaint. In the event that defendants move to dismiss the
18  consolidated complaint, any opposition to such motion shall be filed within 45 days of filing. Any
19  reply shall be filed within 21 days of the filing of plaintiffs' opposition.

20  4. The parties' discovery obligations remain stayed pursuant to the terms of the Private
21  Securities Litigation Reform Act.

22  **STIPULATED AND AGREED:**

23  DATED: March 11, 2010                    COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
24                                            ELI R. GREENSTEIN
                                              CHRISTOPHER M. WOOD
25

26
                                                 s/ Eli R. Greenstein
                                              ELI R. GREENSTEIN

507878_1

STIP & [PROP] ORDER RE SCHEDULING OF            COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
FILING OF CONSOL CPLT & CORRESPONDING           100 Pine Street, Suite 2600, San Francisco, California 94111
MTNS TO DISMISS (3:09-cv-05724-RBL)  - 2 -       Telephone: 415/288-4545 • Fax: 415/288-4534

| | |
|---|---|
| 1 | |
| 2 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 3 | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| 4 | E-mail: elig@csgrr.com |
| | E-mail: cwood@csgrr.com |

Lead Counsel for Plaintiff

HAGENS BERMAN SOBOL SHAPIRO LLP
Karl P. Barth, WSBA No. 22780
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
E-mail: karlb@hbsslaw.com

Liaison Counsel

SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

DATED:  March 11, 2010            HOGAN & HARTSON LLP
                                  ROBIN WECHKIN


                                         s/ Robin Wechkin
                                       ROBIN WECHKIN

8426 316th Place SE
Issaquah, WA 98027
Telephone:  425/222-6229
E-mail: rwechkin@hhlaw.com

HOGAN & HARTSON LLP
GEORGE H. MERNICK, III
555 13th Street, NW
Washington, DC  20004
Telephone:  202/637-5726
202/637-5910 (fax)
E-mail: ghmernick@hhlaw.com

Attorneys for Defendants

507878_1

STIP & [PROP] ORDER RE SCHEDULING OF FILING OF CONSOL CPLT & CORRESPONDING MTNS TO DISMISS (3:09-cv-05724-RBL) - 3 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600, San Francisco, California 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

\* \* \*

**O R D E R**

    IT IS SO ORDERED.

DATED: _March 12, 2010_____

                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

507878_1

STIP & [PROP] ORDER RE SCHEDULING OF FILING OF CONSOL CPLT & CORRESPONDING MTNS TO DISMISS (3:09-cv-05724-RBL) - 4 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600, San Francisco, California 94111
Telephone: 415/288-4545 • Fax: 415/288-4534