THE HONORABLE RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION ANNUITY-TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 3:09-cv-05724-RBL |
| | ) | **(Consolidated)** |
| Plaintiff, | ) ) | **STIPULATION AND ~~[PROPOSED]~~** |
| vs. | ) ) | **ORDER REGARDING** **DEFENDANTS' ANSWER DATE** |
| NORTHWEST PIPE COMPANY, et al., | ) ) | **NOTE ON MOTION CALENDAR:** |
| Defendants. | ) ) | **September 15, 2011** |
| | ) | |

**STIPULATION**

WHEREAS, on December 20, 1010, plaintiff Plumbers and Pipefitters Local No. 630 Pension Annuity-Trust Fund filed a Consolidated Complaint in this action; and

WHEREAS, on February 25, 2011, defendants filed motions to dismiss the Consolidated Complaint; and

WHEREAS, on August 26, 2011, the Court entered an Order denying defendants' motions to dismiss the Consolidated Complaint; and

WHEREAS, on September 10, 2011, the Court entered a Minute Order setting dates for the parties' FRCP 26(f) Conference, Initial Disclosures pursuant to FRCP 26(a)(1), and Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Rule CR 16.

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
ANSWER DATE - 1
CASE NO. 3:09-cv-05724-RBL

709280.0001/5173258.4

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1    THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate

2    and agree as follows:

3        1.      Defendants' answers to the Consolidated Complaint will be filed on or before

4    October 24, 2011; and

5        2.      Plaintiff's objections to defendants' answers, if any, will be filed on or before

6    November 23, 2011.

7    DATED: September 19, 2011                ROBBINS GELLER RUDMAN & DOWD LLP

8

9                                            /s/ Christopher P. Seefer
                                             Christopher P. Seefer
                                             Christopher M. Wood
10                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
11                                           San Francisco, CA  94104
                                             Telephone:  (415) 288-4545
12                                           Facsimile:  (415) 288-4534
                                             E-mail:  cseefer@rgrdlaw.com
13                                           E-mail:  cwood@rgrdlaw.com

14                                           Lead Counsel for Plaintiff

15                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                             Karl P. Barth, WSBA No. 22780
16                                           1918 Eighth Avenue, Suite 3300
                                             Seattle, WA  98101
17                                           Telephone:  (206) 623-7292
                                             Facsimile:  (206) 623-0594
18                                           E-mail:  karlb@hbsslaw.com

19                                           Liaison Counsel for Plaintiff

20                                           SUGARMAN & SUSSKIND
                                             Howard S. Susskind
21                                           100 Miracle Mile, Suite 300
                                             Coral Gables, FL 33134
22                                           Telephone:  (305) 529-2801
                                             Facsimile:  (305) 447-81 15

23
                                             Additional Counsel for Plaintiff
24

25

26

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
ANSWER DATE - 2
CASE NO. 3:09-cv-05724-RBL

709280.0001/5173258.4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HOGAN LOVELLS US LLP


By:  /s/ Robin E. Wechkin
    Robin E. Wechkin, WSBA #24746
    8426 316th Pl SE
    Issaquah, WA  98027
    Telephone:  (425) 222-6229
    E-mail:  robin.wechkin@hoganlovells.com


HOGAN LOVELLS US LLP
    George Mernick (Admitted *Pro Hac Vice*)
    555 13th Street NW
    Washington DC  20004
    Telephone:  (202) 637-5726
    E-mail:  george.mernick@hoganlovells.com

    Attorneys for Defendant Northwest Pipe
    Company


LANE POWELL PC


By:  /s/ Larry S. Gangnes
    Milo Petranovich (Admitted *pro hac vice*)
    Larry S. Gangnes, WSBA No. 08118
    Erin M. Wilson, WSBA No. 42454
    1420 Fifth Avenue, Suite 4100
    Seattle, WA 98101
    Telephone:  (206) 227-7000
    Facsimile:  (206)223-7107
    E-mail:  petranovichma@lanepowell.com
    E-mail:  gangnesl@lanepowell.com
    E-mail:  wilsonem@lanepowell.com

    Attorneys for Defendant Brian W. Dunham

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
ANSWER DATE - 3
CASE NO. 3:09-cv-05724-RBL

709280.0001/5173258.4

WILSON SONSINI GOODRICH & ROSATI


/s/ Barry M. Kaplan
Barry M. Kaplan
Inessa Baram-Blackwell
701 Fifth Avenue
Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
E-mail: bkaplan@wsgr.com
E-mail: ibaramblackwell@wsgr.com

Douglas J. Clark
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
E-mail: dclark@wsgr.com
E-mail: isalceda@wsgr.com

Attorneys for Defendant Stephanie J. Welty

**ORDER**

Based on the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Defendants' answers to the Consolidated Complaint will be filed on or before October 24, 2011; and

2.    Plaintiff's objections to defendants' answers, if any, will be filed on or before November 23, 2011.

DATED: September 20, 2011.


THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
ANSWER DATE - 4
CASE NO. 3:09-cv-05724-RBL

709280.0001/5173258.4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  Presented by:

2  LANE POWELL PC

3

4  /s/ Larry S. Gangnes
   Milo Petranovich (Admitted *pro hac vice*)
   Larry S. Gangnes, WSBA No. 08118
5
   Attorneys for Defendant Brian W. Dunham
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS'
ANSWER DATE - 5
CASE NO. 3:09-cv-05724-RBL

709280.0001/5173258.4