Case 3:09-cv-05724-RBL Document 97 Filed 03/01/2013 Page 1 of 12

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST PIPE COMPANY, et al.,<br><br>Defendants. | No. 3:09-cv-05724-RBL<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |



ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

Case 3:09-cv-05724-RBL Document 97 Filed 03/01/2013 Page 2 of 12

This matter came before the Court for hearing pursuant to the Order of this Court, dated November 27, 2012, on the application of the parties for approval of the settlement set forth in the Stipulation of Settlement dated as of September 24, 2012 (the "Stipulation"). Due and adequate notice having been given to the Class as required in the Court's Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all members of the Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby certifies this Litigation as a class action defined as all Persons who purchased or otherwise acquired Northwest common stock between April 2, 2007 and December 22, 2011, inclusive. Excluded from the Class are Defendants, members of the families of Defendants, any current or former parent, subsidiary, affiliate, partner, officer, executive or director of Northwest, any entity in which any such excluded party has a controlling interest and the legal representatives, affiliates, heirs, successors, or assigns of any such excluded Person. Also excluded from the Class are those Persons who timely and validly requested exclusion from the Class pursuant to the Notice of Pendency and Proposed Settlement of Class Action.

4. With respect to the Class, this Court finds and concludes that: (a) the members of the Class are so numerous that joinder of all Class Members in the class action is impracticable; (b) there are questions of law and fact common to the Class which predominate over any individual question; (c) the claims of the Lead Plaintiff are typical of the claims of the Class; (d) Lead Plaintiff and its counsel have fairly and adequately represented and protected the interests of the Class Members; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the



ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

Case 3:09-cv-05724-RBL, Document 97, Filed 03/01/2013, Page 3 of 12

controversy, considering: (i) the interests of the members of the Class in individually controlling the prosecution of the separate actions, (ii) the extent and nature of any litigation concerning the controversy already commenced by members of the Class, (iii) the desirability or undesirability of concentrating the litigation of these claims in this particular forum, and (iv) the difficulties likely to be encountered in the management of the class action.

5. Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the settlement set forth in the Stipulation and finds that the settlement is, in all respects, fair, reasonable, and adequate to the Settling Parties. The Court further finds that the settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Settling Parties. Accordingly, the settlement embodied in the Stipulation is hereby finally approved in all respects. The Settling Parties are hereby directed to perform its terms.

6. Except as to any individual claim of those Persons (identified in Exhibit 1 hereto) which have validly and timely requested exclusion from the Class, the Litigation and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to Lead Plaintiff and the other members of the Class, and as against the Released Persons. The Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation.

7. Upon the Effective Date, Lead Plaintiff and each of the Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Lead Plaintiff or Class Member executes and delivers a Proof of Claim and Release form.

8. Upon the Effective Date, Lead Plaintiff and all Class Members and anyone claiming through or on behalf of any of them, are forever barred and enjoined from commencing, instituting or continuing to prosecute any action or any proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind (whether within the United States or not) any of the Released Claims against any of the Released Persons.



ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

9. Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Lead Plaintiff, Class Members, and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Litigation or the Released Claims.

10. Upon the Effective Date, the Court permanently bars, enjoins and restrains, to the fullest extent permitted under 15 U.S.C. §78u-4(f)(7), any and all claims for contribution arising out of the Litigation (including, but not limited to, the Released Claims) by (i) any person or entity against any of the Released Persons and (ii) by the Released Persons against any person or entity, other than a person or entity whose liability to the Class and each Class Member has been extinguished by the settlement and the Stipulation.

11. The distribution of the Notice of Pendency and Proposed Settlement of Class Action and the publication of the Summary Notice as provided for in the Order Preliminarily Approving Settlement and Providing for Notice constituted the best notice practicable under the circumstances, including individual notice to all members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, §21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(7) as amended by the Private Securities Litigation Reform Act of 1995, due process, and any other applicable law.

12. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants in any civil,



ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

criminal or administrative proceeding in any court, administrative agency or other tribunal. The Stipulation may be filed in an action to enforce or interpret the terms of the Stipulation, the settlement contained therein, and any other documents executed in connection with the performance of the agreements embodied therein. Defendants and/or the other Released Persons may file the Stipulation and/or this Final Judgment and Order of Dismissal with Prejudice in any action that may be brought against them in order to support a defense or counterclaim based on the principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

13. Without affecting the finality of this Final Judgment and Order of Dismissal with Prejudice in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

14. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

15. In the event that the settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Final Judgment and Order of Dismissal with Prejudice shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered



ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

IT IS SO ORDERED.

Dated this 22 day of March, 2013.

THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBBINS GELLER RUDMAN
& DOWD LLP
CHRISTOPHER P. SEEFER
CHRISTOPHER M. WOOD

s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
Email: cseefer@rgrdlaw.com
Email: cwood@rgrdlaw.com

Lead Counsel for Plaintiff

HAGENS BERMAN SOBOL SHAPIRO LLP
KARL P. BARTH, WSBA No. 22780
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
Email: karlb@hbsslaw.com

Liaison Counsel

Case 3:09-cv-05724-RBL,Document 97,Filed 03/01/2013,Page 7 of 12

SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: 305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2013.

s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: chriss@rgrdlaw.com

# Mailing Information for a Case 3:09-cv-05724-RBL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Inessa Baram-Blackwell**
  ibaramblackwell@wsgr.com,rcarter@wsgr.com
- **Karl Phillip Barth**
  Carrie@hbsslaw.com,karlb@hbsslaw.com
- **Douglas J Clark**
  dclark@wsgr.com,ktrevisan@wsgr.com
- **Larry Steven Gangnes**
  gangnesl@lanepowell.com,intlekofert@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com
- **Barry M Kaplan**
  bkaplan@wsgr.com,plane@wsgr.com,rcarter@wsgr.com
- **Cody R. LeJeune**
  clejeune@rgrdlaw.com,e_file_SD@rgrdlaw.com
- **George H Mernick , III**
  ghmernick@hhlaw.com
- **Keith F Park**
  keithp@rgrdlaw.com
- **Darren J Robbins**
  e_file_sd@csgrr.com
- **Ignacio E Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com
- **Christopher P Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Tanya Durkee Urbach**
  urbacht@lanepowell.com,pinkleyl@lanepowell.com
- **Robin Wechkin**
  robin.wechkin@hoganlovells.com,ky-yen.wong@hoganlovells.com
- **Erin M. Wilson**
  wilsonem@lanepowell.com,Docketing-SEA@lanepowell.com,wileyj@lanepowell.com

Case 3:09-cv-05724-RBL, Document 97, Filed 03/01/2013, Page 10 of 12

- **Christopher M Wood**
  cwood@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT 1

AS OF MARCH 1, 2013

NO VALID REQUESTS FOR EXCLUSION

HAVE BEEN RECEIVED